
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD SALAMANCA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>Defendant. | CASE NO. 3:16-cv-04871-RS<br><br>**[~~PROPOSED~~] ORDER TRANSFERRING ACTION TO THE DISTRICT OF MINNESOTA**<br><br>[*28 U.S.C. §1404(a)*] |

Plaintiff and Defendant have stipulated and agreed that the action should be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Minnesota for coordination with two similar actions captioned: *Woloszyn v. General Mills, Inc.*, No. 0:16-cv-02869 (D. Minn.) and *Nuez v. General Mills, Inc.*, No. 1:16-cv-04731 (E.D.N.Y.).

All cases allege that certain "100% Natural Whole Grain" labeling for certain General Mills Nature Valley products is misleading due to the alleged presence of glyphosate.

The parties believe that, based on circumstances and claims unique to this case, coordination of this action with the *Woloszyn* and *Nuez* actions will likely avoid inconsistent legal and factual rulings and conserve the courts' and the parties' resources.

Transfer of the action to the District of Minnesota is therefore appropriate under 28 U.S.C. § 1404(a).

**IT IS HEREBY ORDERED THAT:**

(1) This action is transferred to the District of Minnesota; and

(2) Defendant's responsive pleading deadline is deferred pending entry of a scheduling order by the District of Minnesota in the action.

DATED: 10/24/16

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE